# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRIAN WAYNE BICKFORD

NO.  2022 CW 0087

VERSUS

SHAD WAYNE MACK AND ADRIANE
DIER MACK AND DIXIE ELECTRIC
MEMBERSHIP CORPORATION

**APRIL 8, 2022**

---

In Re:    Shad Wayne Mack and Adriane Dier Mack, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 170889.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT NOT CONSIDERED.**  This writ application failed to include a copy of each pleading on which the ruling was founded, as it did not include the exhibits attached to the petition, in violation of Rule 4-5(8) of the Uniform Rules of Louisiana Courts of Appeal.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must be filed on or before April 22, 2022 and must contain a copy of this ruling.

**PMc**
**JEW**

**Theriot, J.**, dissents and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT